BENJAMIN W. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

SEP -8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-MJ-000180 SMS |
| Plaintiff, ) | |
| v. ) | MOTION AND ORDER TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANTS |
| THANOUSONE VOLARAT, PHONEPHITHACK VOLARAT, and ADAM KHAMVONGSAY ) | |
| Defendants. ) | |

The criminal complaint and arrest warrants in this case, were sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. It appears that they no longer need to remain secret since the defendants have been arrested. We request that they be unsealed.

Respectfully Submitted,

DATED: September 8, 2011

BENJAMIN W. WAGNER
United States Attorney

By /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

1

BENJAMIN W. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10MJ0332 SMS |
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANTS |
| THANOUSONE VOLARAT, PHONEPHITHACK VOLARAT, and ADAM KHAMVONGSAY. | |
| Defendants. | |

IT IS HEREBY ORDERED that the criminal complaint and arrest warrants be unsealed and made public record.

DATED: September 8, 2011

Honorable Sandra M. Snyder
United States Magistrate Judge

2