BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00303-AWI-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS/CHANGE OF PLEA HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PHONEPHITHACK VOLARAT, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendant by and through his counsel of record, DALE BLICKENSTAFF, hereby stipulate as follows:

1. By previous order, this matter was set for status/change of plea hearing April 6, 2015 at 10:00 a.m.

2. By this stipulation, the parties move to continue the status hearing to May 4, 2015 at 10:00 a.m., or at a time convenient to the court, and to exclude time between April 6, 2015 and May, 4, 2015 under 18 U.S.C. § 3161(h)(1)(E).

3. The parties agree and stipulate, and request that the Court find the following:

    a. Additional time is needed for the transfer of defendant's pending matter to the Eastern District of California pursuant to Fed.R.Crim.P. Rule 20 to be completed. The

1

paperwork has been sent to the District of Connecticut in order to initiate the transfer so the matter pending in that jurisdiction can be resolved here with a global resolution;

      b. Defendant has signed a plea agreement in this matter.

      c. The parties have agreed to continue the date for the status conference/change of plea to May 4, 2015;

      d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 6, 2015 to May 4, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(E) and (h)(7)(A) and (B)(iv) because the ends of justice is served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial, assures continuity of counsel, and gives the defense and government a reasonable time for effective preparation exercising due diligence.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: April 3, 2015                  /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney

DATED: April 3, 2015                  /s/ Dale Blickenstaff
                                          DALE BLICKENSTAFF
                                          Attorney for Defendant P. Volarat

## O R D E R

IT IS SO FOUND AND ORDERED that the STATUS CONFERENCE/CHANGE OF PLEA HEARING is continued to May 4, 2015 at 10:00 a.m. and time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 3, 2015                                                                  
                                                           SENIOR DISTRICT JUDGE