BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00303–AWI-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| PHONEPHITHACK VOLARAT | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendants by and through their undersigned counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for change of plea hearing May 5, 2015 at 10:00 a.m.

2. By this stipulation, government moves to continue the change of plea hearing to June 29, 2015, or at a time convenient to the court, and to exclude time under 18 U.S.C.§ 3161(h)(a), (B)(iv). Defense counsel does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The parties have been actively engaged in plea negotiations and are very close to an agreement that will eliminate the need for trial. While a few details need to be resolved, the parties anticipate that an agreement will be reached. The attorney for the government has suffered a serious

1

personal loss, which will complicate efforts to finalize the negotiations. It is requested that the current change of plea date be vacated to allow the negotiations to conclude.

        b.      The parties have agreed to continue the date for the change of plea to June 29, 2015;

        c.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 4, 2015, and June 29, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(a), (B)(iv) because it results from a continuance granted by the Court at the parties request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 1, 2015                          /s/ Kevin P. Rooney
                                                KEVIN P. ROONEY
                                                Assistant United States Attorney

DATED: May 1, 2015                          /s/ Marc Days
                                                MARC DAYS
                                                Attorney for Phonephithack Volarat

**O R D E R**

The CHANGE OF PLEA is continued to June 29, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  May 1, 2015                                 _____
                                                  SENIOR DISTRICT JUDGE